UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS WESTERN DIVISION

CIVIL ACTION
NO.: 3:21-cv-30058-MGM

ANTHONY D. GULLUNI, DISTRICT ATTORNEY
FOR HAMPDEN COUNTY IN THE
COMMONWEALTH OF MASSACHUSETTS,
     PLAINTIFF,

V.

NATHANIEL R. MENDELL, ACTING UNITED
STATES ATTORNEY, FOR THE DISTRICT OF
MASSACHUSETTS, UNITED STATES
DEPARTMENT OF JUSTICE
     DEFENDANT.

## **NOTICE OF APPEARANCE**

Kindy enter the appearance of Elizabeth N. Mulvey on behalf of Plaintiff Anthony D. Gulluni in the above-captioned matter.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,
BY HIS ATTORNEY,

*/s/Elizabeth N. Mulvey*

BBO #: 542091
CROWE AND MULVEY, L.L.P.
77 FRANKLIN STREET, 3RD FLOOR
BOSTON, MA 02110
TELEPHONE: 617-426-4488
emulvey@croweandmulvey.com

C.A. No.: 3:21-cv-30058-MGM

<u>Certificate of Service</u>

I, Elizabeth N. Mulvey, hereby certify that this document has been filed through the ECF system on **August 26, 2021** and will be served electronically to the registered parties as identified on the Electronic Notice of Filing through the Court's transmission facilities, and that non-registered parties will be served by regular mail.

*/s/ Elizabeth N. Mulvey, Esquire – BBO#542091*